UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL LABOR RELATIONS BOARD        )
1099 14th Street, NW, Suite 10700     )
Washington, D.C. 20005,               )
                                      )
            Applicant,                )
                                      )
   v.                                 )   Civil Action No. 07-551 (ckk)
                                      )
NATIONAL ASSOCIATION OF SPECIAL       )
POLICE AND SECURITY OFFICERS          )
1101 30th STREET, NW, SUITE 500       )
WASHINGTON, DC 20007,                 )
                                      )
            Respondent.               )

## ORDER

Upon consideration of the application of the National Labor Relations Board (the "Board"), pursuant to 29 U.S.C. Sec. 161(2), for an order requiring compliance with a subpoena duces tecum issued to Respondent National Association of Special Police and Security Officers, good cause appears for granting the Board's application. Accordingly, it is hereby:

I.    ORDERED that within ten (10) business days of this Order, Respondent National Association of Special Police and Security Officers shall provide the documents, as requested by Subpoena Duces Tecum B-498163. The documents shall be delivered by overnight mail to the Board's offices in Washington, DC (Contempt Litigation and Compliance Branch, National Labor Relations Board, 1099 14th Street, Suite 10700, Washington, DC 20750, Attn: Jean C. Libby) on or before the due date;

II.    IT IS FURTHER ORDERED that Respondent National Association of Special Police and Security Officers shall reimburse the Board for all attorneys' fees and costs incurred by the Board in litigating this subpoena enforcement proceeding. Attorneys' fees shall be calculated at the prevailing market rate. Upon failure of the parties to agree upon the amount of such reimbursement, the Board may make further application to the Court for an order fixing said amount.

ENTERED BY ORDER OF THE COURT

_____

Date: April 10, 2007