UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL LABOR RELATIONS BOARD )
1099 14th Street, NW, Suite 10700 )
Washington, D.C. 20005, )
    )
        Applicant, )
    )
v. ) No. 07-551 (ckk)
    )
NATIONAL ASSOCIATION OF SPECIAL )
POLICE AND SECURITY OFFICERS )
1101 30th STREET, NW, SUITE 500 )
WASHINGTON, DC 20007, )
    )
        Respondent. )

ORDER ADJUDICATING
NATIONAL ASSOCIATION OF SPECIAL POLICE AND SECURITY OFFICERS
IN CIVIL CONTEMPT

The National Labor Relations Board ("the Board"), having filed its Motion to Adjudge Respondent National Association of Special Police and Security Officers in Civil Contempt and for Other Civil Relief for failing and refusing to comply in any respect with this Court's Order of April 10, 2007 enforcing Board Subpoena Duces Tecum B-498163; *and no response having been filed by respondent* and good cause appearing therefore; it is

**ORDERED AND ADJUDGED** that Respondent is in civil contempt of this Court for failing and refusing to fully comply with this Court's Order of April 10, 2007; and it is further

**ORDERED** that, within five (5) days of the date of entry of this contempt adjudication, Respondent shall produce all records and documents specified in the Board subpoena duces tecum enforced by this Court's April 10, 2007 Order

at the Board's offices in Washinton, DC, located at 1099 14th Street, NW, Suite 10700, Washington, DC 20005, Attn: Jean C. Libby.  Such delivery shall be in person or by overnight mail to the Contempt Litigation and Compliance Branch, Attn. Jean C. Libby, at the aforementioned address on or before the due date; and it is further

**ORDERED** that Respondent shall reimburse the Board for all of its costs and expenditures incurred in its initiation and prosecution of this civil contempt proceeding, including reasonable attorney's fees calculated at the prevailing market rate; provided, that if the parties cannot agree on this amount, the Board may submit its costs and reasonable attorney's fees to this Court for approval; and it is further

**ORDERED** that Respondent, within ten (10) days after entry of this contempt adjudication, shall file a sworn statement with the Clerk of Court, and shall provide copies by overnight mail to the Board's Contempt Litigation and Branch offices in Washington, DC, located at 1099 14th Street, Suite 10700, Washington, DC 20005, Attn: Jean C. Libby, showing what steps it has taken to comply with the purgation requirements set forth in this contempt adjudication; and it is further

**ORDERED** that, a prospective non-compliance fine of up to $10,000 is hereby imposed against Respondent for each and every future violation of the Court's April 10, 2007 Order or this order adjudicating Respondent in civil contempt; and a further prospective fine of up to $2,000 per day is hereby

imposed against Respondent for each day the Court finds that any such violations have continued; and it is further

**ORDERED** that, upon the failure of the Respondent to purge itself of civil contempt, this Court shall issue writs of body attachment and direct such other relief as may be deemed just and proper.

ENTERED BY ORDER OF THE COURT

_____
Colleen Kollar-Kotelly
United States District Judge

Date: June 4, 2007