UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br><br>　　　　Applicant,<br><br>　　v.<br><br>NATIONAL ASSOCIATION OF SPECIAL<br>POLICE AND SECURITY OFFICERS<br>1101 30th STREET, NW, SUITE 500<br>WASHINGTON, DC 20007,<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)　No. 07-551 (ckk)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF NATIONAL LABOR RELATIONS BOARD FOR ISSUANCE OF WRIT OF BODY ATTACHMENT AGAINST CALEB A. GRAY-BURRISS BY DEFAULT

The National Labor Relations Board ("the Board"), respectfully requests that the Court grant the Board's default motion and issue a Writ of Body Attachment against the person of Caleb A. Gray-Burriss ("Burriss") to compel him to purge himself of his contempt of this Court's June 4, 2007 Order requiring him to provide the documents requested in the Board's subpoena. In support of this motion, the Board shows as follows:

　　1.　On July 5, 2007, the Board filed a Motion For Issuance of Writ of Body Attachment Against Caleb A. Gray-Burriss and a Proposed Order.

2. The Board's Motion For Issuance of Writ of Body Attachment Against Caleb A. Gray-Burriss and Proposed Order were served by Federal Express on Burriss at two addresses. Attached as Exhibit A are the receipts from Federal Express.

3. The Board has not received any communication from Burriss since service of the Motion and Proposed Order.

4. Burriss has not filed any response to the Board's Motion For Issuance of Writ of Body Attachment Against Caleb A. Gray-Burriss.

**WHEREFORE,** based on the foregoing, the Board respectfully requests that the Court sign the Order issuing a Writ of Body Attachment against Caleb A. Gray-Burriss.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD

   /s/ Jean C. Libby
Jean C. Libby, Attorney
Contempt Litigation and Compliance Branch
1099 14th Street, NW, Suite 10700
Washington, DC 20005
(202) 273-1037

Stanley R. Zirkin
Assistant General Counsel
Contempt Litigation and Compliance Branch
(202) 273-3739

Dated at Washington, DC
this 5th day of October, 2007.



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 5, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **858569995384**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 10 G ST NE 20002 |
| Signed for by: | R.ROGERS | Delivery date: | Jul 6, 2007 09:54 |
| Service type: | Priority Envelope | | |

*[signature: Renie Rogers]*

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 858569995384 | Ship date: | Jul 5, 2007 |

Recipient:
CALEB A GRAY-BURRISS
NATIONAL ASSOCIATION OF SPECIA
10 G ST NE STE 710
20002 US

Shipper:
JEAN LIBBY
NATIONAL LABOR RELATIONS BOARD
1099 14TH ST NW
20005 US

Reference

CONTEMPT LIT

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



GOVERNMENT EXHIBIT
A (1)



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 5, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **858569995395**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 1101 30TH STREET NW 500<br>20007 |
| Signed for by: | E.URRY | Delivery date: | Jul 6, 2007 09:32 |
| Service type: | Priority Envelope | | |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 858569995395 | Ship date: | Jul 5, 2007 |

Recipient:
NATIONAL ASSOCIATION OF SPECIA
1101 30TH ST NW STE 500
20007 US

Shipper:
JEAN LIBBY
NATIONAL LABOR RELATIONS BOARD
1099 14TH ST NW
20005 US

Reference

CONTEMPT LIT

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

GOVERNMENT EXHIBIT A(a)
PENGAD-Bayonne, N.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br><br>　　　　Applicant,<br><br>　　v.<br><br>NATIONAL ASSOCIATION OF SPECIAL<br>POLICE AND SECURITY OFFICERS<br>1101 30th STREET, NW, SUITE 500<br>WASHINGTON, DC 20007,<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-551 (ckk) |

**ORDER**

Upon the motion of the National Labor Relations Board, and based upon the refusal and failure of the National Association of Special Police and Security Officers ("Respondent") to comply with the Court's orders dated April 10, 2007 and June 4, 2007, and there being good cause, it is hereby

**ORDERED** that the National Labor Relations Board's motion for a writ of body attachment for Caleb A. Gray-Burriss, Executive Director of the Respondent, is GRANTED; and it is further

**ORDERED** that the Respondent is found to be in further contempt of this Court and shall be subject to civil fines as set forth in the Court's June 4, 2007 order starting on _____ __, 2007, to wit, $10,000 for each and every violation of the June 4, 2007 contempt adjudication and the Court's April 10, 2007 Order, plus $2,000 per day for each day the Court finds that the Respondent continues to be in noncompliance; and it is further

**ORDERED** that any United States Marshal or any designee thereof shall detain Caleb A. Gray-Burriss, who maintains offices at 1101 30th St., NW, Suite 500, Washington, DC 20007 and 10 G St., NE, Suite 710, Washington, DC 20002 , and shall transport him in custody forthwith to the United States District Court for the District of Columbia for the reason that he has failed to cause Respondent to obey the orders of this Court requiring that Respondent comply with an administrative subpoena of the National Labor Relations Board; and it is further

**ORDERED** that Mr. Caleb A. Gray-Burriss shall be brought forthwith before this Court to determine whether he will purge himself of contempt by responding in full to the administrative subpoena issued by the National Labor Relations Board and by paying the appropriate civil fines; and it is further

**ORDERED** that the United States Marshal or other arresting officer shall notify the Court of the fact of the arrest of Mr. Caleb A. Gray-Burriss; and it is further

**ORDERED** that the United States Marshal or any other arresting officer is authorized to use necessary and reasonable force on entering and searching the premises in which Mr. Caleb A. Gray-Burriss may be found to effectuate the Court's attachment order; and it is further

**ORDERED** that the United States Marshal or other arresting officer shall notify Jean C. Libby, Esq., of the Contempt Litigation & Compliance Branch of the National Labor Relations Board, at (202) 273-1037, and Stanley R. Zirkin, Esq., of the Contempt Litigation & Compliance Branch of the National Labor Relations Board, at (202) 273-3739, of the fact of the arrest of Mr. Caleb A. Gray-Burriss; and it is further

**ORDERED** that Mr. Caleb A. Gray-Burriss shall remain incarcerated until the Court finds either that he has complied with the Court's June 4, 2007 contempt adjudication, and April 10, 2007 order, or that Mr. Caleb A. Gray-Burriss has demonstrated clearly and unequivocally that he is unable to comply with the Court's directives.

**SO ORDERED**

_____
Colleen Kollar-Kotelly
United States District Court Judge

Dated:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL LABOR RELATIONS BOARD**<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20005,<br><br>Applicant,<br><br>v.<br><br>**NATIONAL ASSOCIATION OF SPECIAL**<br>**POLICE AND SECURITY OFFICERS**<br>1101 30th STREET, NW, SUITE 500<br>WASHINGTON, DC 20007,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-551 (ckk) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2007, one copy of the Board's MOTION OF THE NATIONAL LABOR RELATIONS BOARD FOR ISSUANCE OF WRIT OF BODY ATTACHMENT AGAINST CALEB A. GRAY-BURRISS BY DEFAULT AND (PROPOSED) ORDER were served by FEDERAL EXPRESS upon Respondent National Association of Special Police and Security Officers at the following address:

> National Association of Special Police and Security Officers
> 1101 30th St., NW, Suite 500
> Washington, DC 20007
>
> Caleb A. Gray-Burriss, Executive Director
> National Association of Special Police and Security Officers
> 10 G Street N.E., Suite 710
> Washington, DC 20002

>                /s/ Jean C. Libby_____
>                Jean C. Libby, Attorney
>                Contempt Litigation and Compliance Branch
>                1099 14th Street, NW, Suite 10700
>                Washington, D.C. 20005 (202-273-1037)