UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>  Applicant,<br><br>  v.<br><br>NATIONAL ASSOCIATION OF SPECIAL POLICE AND SECURITY OFFICERS,<br><br>  Respondent. | Civil Action No. 07-551 (CKK) |

**ORDER**
(October 22, 2007)

This matter arises out of the continuing failure of Respondent National Association of Special Police and Security Officers (hereinafter "Respondent organization") to respond to an administrative subpoena duces tecum served on January 17, 2007, by the National Labor Relations Board (hereinafter "NLRB"). On June 4, 2007, the Court issued an [5] Order Adjudicating Respondent organization (National Association of Special Police and Security Officers) in Civil Contempt. Presently before the Court is the NLRB's [6] Motion for Issuance of Writ of Body Attachment Against Caleb A. Gray-Burriss filed on July 5, 2007, and [7] Motion for Issuance of Writ of Body Attachment Against Caleb A. Gray-Burris by Default filed on October 5, 2007. Based on the present record, the Court requires further briefing with respect to two matters.

First, the NLRB's July 5, 2007 Motion asks the Court to assess civil contempt fines against Respondent organization. The Court's June 4, 2007 Order has already assessed such fines. *See* Order dated June 4, 2007 at 2-3 (assessing prospective non-compliance fines on

Respondent organization for violations of the Court's Orders).  The Court requires further briefing, including legal authority, related to what additional relief the NLRB is requesting against Respondent organization.

Second, the NLRB's instant Motions ask the Court to issue a writ of body attachment against Caleb A. Gray-Burriss, the Executive Director of Respondent organization.  Mr. Gray-Burriss is not a party to this proceeding, nor has the Court held him in contempt.  *See* Order dated June 4, 2007 at 1 (holding Respondent organization, not Mr. Gray-Burriss, in contempt).  The Court requires further briefing, including legal authority, related to the issuance of a writ of body attachment against an officer of an organization where the officer has not been individually held in contempt.

Accordingly, it is, this 22nd day of October, 2007, hereby

**ORDERED** that the parties shall propose a joint briefing schedule to the Court concerning the submission of the requested information consistent with this Order on or before November 5, 2007.  As Respondent organization has not made an appearance in this proceeding, the NLRB may submit an individual schedule if:  (1) after making a good faith effort to reach an agreement with Respondent organization, it appears submission of a joint briefing schedule is not possible, and (2) the individual schedule includes a representation of the same.


Date:   October 22, 2007


                                                        */s/*  
                                                    COLLEEN KOLLAR-KOTELLY  
                                                    United States District Judge