UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL LABOR RELATIONS BOARD    )
1099 14th Street, NW, Suite 10700    )
Washington, D.C. 20005,    )
    )
        Applicant,    )
    )
   v.    )    No. 07-551 (ckk)
    )
NATIONAL ASSOCIATION OF SPECIAL    )
POLICE AND SECURITY OFFICERS    )
1101 30th STREET, NW, SUITE 500    )
WASHINGTON, DC 20007,    )
    )
        Respondent.    )


## MOTION OF NATIONAL LABOR RELATIONS BOARD
## FOR DISMISSAL OF ACTION
## BASED ON SUBSTANTIAL COMPLIANCE


The National Labor Relations Board ("the Board"), respectfully requests that the

Court grant the Board's motion to dismiss this action arising from the National

Association of Special Police and Security Officers' (Respondent) failure to produce

documents specified in the Board's subpoena duces tecum.  In support of this motion,

the Board shows as follows:


    1.      On January 17, 2007, in connection with its investigation into whether

Respondent has complied with the District of Columbia Circuit's judgment enforcing the

Board's Decision and Order against it in National Labor Relations Board v. National

Association of Special Police and Security Officers, No. 06-1207 (September 13, 2006),

the Board issued an administrative subpoena *duces tecum,* B-498163, to the Respondent.[1]

2.    On March 21, 2007 the Board filed an application for an order requiring compliance with its subpoena.[2] This Court entered an order on April 10, 2007 enforcing the Board's subpoena.[3]

3.    On May 2, 2007 the Board filed a Motion for an Order of Adjudication in Civil Contempt and for Other Civil Relief.[4] That motion was granted on June 4, 2007.[5]

4.    Because of Respondent's continuing failure to comply with the subpoena, on July 5, 2007, the Board filed a Motion for Issuance of Writ of Body Attachment Against Caleb A. Gray-Burriss[6] and on October 5, 2007, a Motion for Issuance of Writ of Body Attachment by Default.[7]

5.    On October 22, 2007 this Court issued an order requiring further briefing and ordered that a briefing schedule be filed on or before November 5, 2007.

6.    On November 1, 2007, Caleb A. Gray-Burriss, Respondent's Founder, former President and current Executive Director, executed an affidavit before the

---

[1] The subpoena is attached as Exhibit 3 to the Application of the National Labor Relations Board for an Order Requiring Compliance with Investigative Subpoena, Docket No. 1.
[2] Docket No. 1.
[3] Docket No. 2.
[4] Docket No. 4.
[5] Docket No. 5.
[6] Docket No. 6.
[7] Docket No. 7.

undersigned establishing that Respondent, to the extent possible, has substantially

complied with the Court's subpoena enforcement order described in paragraph 2 above.


**WHEREFORE,** based on the foregoing, the Board respectfully requests that the

Court dismiss the Board's Application for an Order Requiring Compliance with an

Administrative Subpoena.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD


__/s/ Jean C. Libby_____

Jean C. Libby, Attorney
Contempt Litigation and Compliance Branch
1099 14th Street, NW, Suite 10700
Washington, DC 20005
(202) 273-1037

Stanley R. Zirkin
Assistant General Counsel
Contempt Litigation and Compliance Branch
(202) 273-3739


Dated at Washington, DC
this 5th day of November, 2007.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL LABOR RELATIONS BOARD** | ) | |
| **1099 14th Street, NW, Suite 10700** | ) | |
| **Washington, D.C. 20005,** | ) | |
| | ) | |
| **Applicant,** | ) | |
| | ) | |
| v. | ) | **Civil Action # 07-551 (ckk)** |
| | ) | |
| **NATIONAL ASSOCIATION OF SPECIAL** | ) | |
| **POLICE AND SECURITY OFFICERS** | ) | |
| **1101 30th STREET, NW, SUITE 500** | ) | |
| **WASHINGTON, DC 20007,** | ) | |
| | ) | |
| **Respondent.** | ) | |


### ORDER

Upon consideration of the motion of the National Labor Relations Board (the

"Board") for an order dismissing the subpoena enforcement action based on

Respondent's substantial compliance, to the extent possible, with the Court's subpoena

enforcement order of April 10, 2007, good cause appears for granting the Board's motion.

Accordingly, it is hereby:

ORDERED that the Motion of the National Labor Relations Board to Dismiss

Based on Substantial Compliance is GRANTED.


ENTERED BY ORDER OF THE COURT


_____

Date: