UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>  Applicant,<br><br>    v.<br><br>NATIONAL ASSOCIATION OF SPECIAL POLICE AND SECURITY OFFICERS,<br><br>  Respondent. | Civil Action No. 07-551 (CKK) |

**ORDER**
(November 6, 2007)

On March 21, 2007, the National Labor Relations Board (the "Board") filed a Petition with the Court requesting an Order that required the National Association of Special Police and Security Officers ("NASPSO") to comply with an administrative subpoena duces tecum. On November 5, 2007, the Board filed a [9] Motion to Dismiss the action based on the NASPSO's substantial compliance with the Board's administrative subpoena duces tecum.

Accordingly, it is, this 6th day of November, 2007, hereby

**ORDERED** that the Board's [9] Motion is granted; and it is further

**ORDERED** that this case is dismissed.

                                                  */s/*
                                                 COLLEEN KOLLAR-KOTELLY
                                                 United States District Judge